United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA CHOLICK, | § |
| Plaintiff, | § § § |
| VS. | § CIVIL ACTION NO. 1:21-CV-029 |
| SLUM LANDLORDS, *et al.*, | § § |
| Defendants. | § § |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

On March 2, 2021, Plaintiff Sylvia Cholick filed this action, but did not pay the filing fee or move to proceed *in forma pauperis*. (Complaint, Doc. 1) Two days later, the Magistrate Judge ordered that she pay the filing fee or move to proceed *in forma pauperis* by March 31, 2021. (Order, Doc. 4) The Order was sent by certified mail to the address that Cholick indicated in her Original Petition, and receipt of delivery was signed. (Receipt, Doc. 6)

On May 13, over a month after the deadline, Cholick had still not complied with the Order. The Magistrate Judge issued a Report and Recommendation, recommending that the complaint be dismissed without prejudice for want of prosecution. (Doc. 7) A copy of the Report and Recommendation was sent by certified mail to the address that Cholick indicated in her Original Petition, and receipt of delivery was signed on June 1. (Receipt, Doc. 11) No party filed objections.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 7). It is:

**ORDERED** that Plaintiff Sylvia Cholick's causes of action in Plaintiffs Original Petition (Doc. 1) are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to close this matter.

Signed on June 22, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge